# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**LOUIS SIMS CLARK, JR.**, )<br>)<br>Defendant. )<br>_____ ) | 2:03-cr-00350-LRH-LRL<br><br><br><br>**ORDER** |

     On June 28, 2010 the Federal Public Defender was appointed to represent Louis Sims Clark, Jr. The Court has now been informed by counsel that they have determined that a conflict exists.

     Accordingly,     IT IS HEREBY ORDERED that attorney Michael Cristalli, Esq., is appointed as counsel for Louis Sims Clark, Jr. all future proceeding.

     DATED this 30th day of June, 2010.

_____
United States Magistrate Judge